IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-218-CV





CAPITAL TELECOMMUNICATIONS, INC.,



 APPELLANT


vs.





PUBLIC UTILITY COMMISSION OF TEXAS,


AUDIT COMMITTEE ESTABLISHED PURSUANT TO THE


FINAL ORDER IN DOCKET 10127, SOUTHWESTERN BELL


TELEPHONE COMPANY, AND MCI TELECOMMUNICATIONS CORPORATION,



 APPELLEES



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT



NO. 94-00760, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING



 




PER CURIAM



 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Justices Powers, Aboussie and Jones 

Dismissed on Appellant's Motion

Filed: August 17, 1994

Do Not Publish